# United States District Court
# Eastern District of California

Barbara Petersen

Plaintiff(s)

V.

SharkNinja Operating, LLC

Defendant(s)

Case Number: 2:26-cv-02192-DMC

APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Zackary Scott Kaylor hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Plaintiff, Barbara Petersen

On 10/25/2019 (date), I was admitted to practice and presently in good standing in the Supreme Court of Minnesota (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 06/24/2026

Signature of Applicant: /s/ Zackary Scott Kaylor

**Pro Hac Vice Attorney**

Applicant's Name: Zackary Scott Kaylor

Law Firm Name: Johnson Becker, PLLC

Address: 444 Cedar Street, Suite 1800

City: Saint Paul State: MN Zip: 55101

Phone Number w/Area Code: 612-436-1904

City and State of Residence: Minneapolis, MN

Primary E-mail Address: zkaylor@johnsonbecker.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Jordon R. Harlan, Esq.

Law Firm Name: Harlan Hillier DiGiacco LLP

Address: 701 Island Avenue, Second Floor

City: San Diego State: CA Zip: 92101

Phone Number w/Area Code: 6193305120 Bar # 273978

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: July 24, 2026

JUDGE, U.S. DISTRICT COURT