# United States District Court
# Eastern District of California

| | |
|---|---|
| Barbara Petersen<br>Plaintiff(s)<br><br>V.<br><br>SharkNinja Operating LLC<br>Defendant(s) | Case Number: 2:26-cv-02192-DMC<br><br>APPLICATION FOR PRO HAC VICE<br>AND PROPOSED ORDER |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Payton Renee Flower hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

SharkNinja Operating LLC

On 09/24/2025 (date), I was admitted to practice and presently in good standing in the State of Missouri (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: July 22, 2026 Signature of Applicant: /s/ Payton R. Flower

**Pro Hac Vice Attorney**

Applicant's Name: Payton Renee Flower

Law Firm Name: Shook, Hardy, and Bacon LLP

Address: 2555 Grand Blvd.

City: Kansas City State: MO Zip: 64108

Phone Number w/Area Code: (816) 559-2964

City and State of Residence: Kansas City, Missouri

Primary E-mail Address: pflower@shb.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Mohammad Usama Tariq

Law Firm Name: Shook, Hardy, and Bacon LLP

Address: 555 Mission St.

City: San Francisco State: CA Zip: 94105

Phone Number w/Area Code: 415-544-1957 Bar # 350423

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: July 24, 2026

JUDGE, U.S. DISTRICT COURT