United States District Court
Eastern District of California

Barbara Petersen

Plaintiff(s)

V.

SharkNinja Operating LLC

Defendant(s)

Case Number: 2:26-cv-2192 JAM ICD

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Brice Nengsu Kenfack hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

SharkNinja Operating LLC

On 04/12/2017 (date), I was admitted to practice and presently in good standing in the State of Missouri (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 10/01/2026 Signature of Applicant: /s/ Brice Nengsu Kenfack

**Pro Hac Vice Attorney**

Applicant's Name: Brice Nengsu Kenfack

Law Firm Name: Shook, Hardy & Bacon L.L.P.

Address: 2555 Grand Boulevard

City: Kansas City State: MO Zip: 64108

Phone Number w/Area Code: (816) 559-2867

City and State of Residence: Parkville, Missouri

Primary E-mail Address: bkenfack@shb.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Mohammad Usama Tariq

Law Firm Name: Shook, Hardy & Bacon L.L.P.

Address: 555 Mission St.

City: San Francisco State: CA Zip: 94105

Phone Number w/Area Code: (415) 544-1957 Bar # 350423

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: October 13, 2026

JUDGE, U.S. DISTRICT COURT